IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                                  No. CV 08-0235 JP/WDS
                                                                                  CR 06-0772 JP

**ARTURO DIAZ-ARREOLA,**

**Defendant.**

## ORDER

**THIS MATTER** came before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence that was filed on March 3, 2008. (Docket No. 1) and Plaintiff's Response thereto. Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which Petitioner did not file objections, and being otherwise fully advised, I find that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is **DENIED**.

_____
**HON. JAMES A. PARKER**
**UNITED STATES DISTRICT JUDGE**